IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
Augusta

IN RE: )  Chapter 7
Bradley Davenport )  Number 14-11505
Debtor(s) )

## REPORT OF NEW DEBTOR ADDRESS

**Debtor Name:** Davenport (Last)   Bradley (First)   MI

**Joint Debtor Name:** ___ (Last)   ___ (First)   MI

**Previous Address:** Post Office Box 7284

Wesley Chapel (City)   FL (State)   33545 (Zip Code)

**New Address:** 9408 Black Thorn Loop

Land O' Lakes (City)   FL (State)   34638 (Zip Code)

This 2nd day of December, 2015.

By: s/ Kelly B. Kitchens

Kelly B. Kitchens (Name)   Attorney (Title)
512 Telfair Street (Address)
Augusta, (City)   GA (State)   30901 (Zip Code)
706-724-6000 (Telephone)   #078326 (Bar ID)