IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| BRADLEY E. DAVENPORT, ) | CHAPTER 7 |
| ) | CASE NO. 14-11505-SDB |
| Debtor. ) | |

## MOTION TO PAY FUNDS INTO THE COURT REGISTRY

COMES NOW, the Chapter 7 Trustee and files this Motion to pay unclaimed funds totaling $5,757.40 into the registry of the Court pursuant to 11 U.S.C. § 347. These funds have remained unclaimed in the Chapter 7 Estate more than ninety days following the final distribution in this case. The funds had been paid by the Trustee to the Debtor, check number 1023 for $757.40 and check number 1013 for $5,000.00. The disbursement checks were not returned to the Trustee and the funds remain unclaimed.

Respectfully submitted this ___ day of November, 2016

/s/ Todd Boudreaux
TODD BOUDREAUX
CHAPTER 7 TRUSTEE
GEORGIA STATE BAR NO. 070023

BOUDREAUX LAW FIRM
493 FURY'S FERRY ROAD
AUGUSTA, GEORGIA 30907
(706) 869-1334

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **NOTICE OF PAYMENT INTO THE COURT REGISTRY** upon the following by way of United States Mail in a properly addressed envelope with adequate postage affixed for safe and proper delivery to the following:

Office of the U.S. Trustee
*Via ECN/Electronic Notification*

Angela McElroy-Magruder
*Via ECN/Electronic Notification*

Bradley Davenport
9408 Black Thorn Loop
Land O'Lakes, FL 34638
*Via ECN/Electronic Notification*

This 11 day of November, 2016

/s/ Todd Boudreaux
TODD BOUDREAUX
CHAPTER 7 TRUSTEE
GEORGIA STATE BAR NO. 070023

BOUDREAUX LAW FIRM
493 FURY'S FERRY ROAD
AUGUSTA, GEORGIA 30907
(706) 869-1334

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| BRADLEY E. DAVENPORT, | ) | CHAPTER 7 |
|  | ) | CASE NO. 14-11505-SDB |
| Debtor. | ) | |
|  | ) | |

## ORDER ON MOTION TO PAY FUNDS INTO THE COURT REGISTRY

The Chapter 7 Trustee filed a motion to pay unclaimed funds totaling $5757.40 into the registry of the Court pursuant to 11 U.S.C. § 347. It is hearby

ORDERED that the Trustee's motion to pay unclaimed funds is GRANTED.

[END OF DOCUMENT]

Order prepared and presented by:

*/s/ Todd Boudreaux*
TODD BOUDREAUX
CHAPTER 7 TRUSTEE
Georgia State Bar No. 070023
BOUDREAUX LAW FIRM
493 Fury's Ferry Road
Augusta, Georgia 30907