IT IS ORDERED as set forth below:



Date: November 17, 2016

_____
Susan D. Barrett
United States Bankruptcy Judge

___

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | ) | |
|---|---|---|
| IN RE: | ) | |
| BRADLEY E. DAVENPORT, | ) | CHAPTER 7 |
| | ) | CASE NO. 14-11505-SDB |
| Debtor. | ) | |
| | ) | |

### ORDER ON MOTION TO PAY FUNDS INTO THE COURT REGISTRY

The Chapter 7 Trustee filed a motion to pay unclaimed funds totaling $5757.40 into the registry of the Court pursuant to 11 U.S.C. § 347. It is hearby

ORDERED that the Trustee's motion to pay unclaimed funds is GRANTED.

### [END OF DOCUMENT]

Order prepared and presented by:

/s/ Todd Boudreaux
TODD BOUDREAUX
CHAPTER 7 TRUSTEE
Georgia State Bar No. 070023
BOUDREAUX LAW FIRM
493 Fury's Ferry Road
Augusta, Georgia 30907