United States Bankruptcy Court
Southern District of Georgia

In re:  
Bradley E Davenport  
    Debtor

Case No. 14-11505-SDB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113J-1      User: ctoole      Page 1 of 1      Date Rcvd: Nov 18, 2016  
                  Form ID: pdf008    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2016.  
db          +Bradley E Davenport,   9408 Black Thorn Loop,    Land O'Lakes, FL 34638-2532

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2016 at the address(es) listed below:  
          Angela  McElroy-Magruder    on behalf of Debtor Bradley E Davenport mcelroymagruder@aol.com  
          Angela  McElroy-Magruder    on behalf of Defendant Bradley E. Davenport mcelroymagruder@aol.com  
          August Ray Murdock    on behalf of Realtor  The Beazley Company, Inc. amurdock@mcleod.com  
          Charles W. Wills    on behalf of Interested Party Bruce A. MacIntyre cwills@klosinski.com, cwills@ecf.inforuptcy.com  
          Charles W. Wills    on behalf of Interested Party Angela  MacIntyre cwills@klosinski.com, cwills@ecf.inforuptcy.com  
          Joel  Paschke    on behalf of Plaintiff  Guy G. Gebhardt, Acting United States Trustee, Region 21 ustpregion21.sv.ecf@usdoj.gov  
          Kelly Brashear Kitchens    on behalf of Debtor Bradley E Davenport kblawyer@comcast.net, heatherb@cmmklaw.com  
          Matthew E. Mills    on behalf of Accountant Sammy  Turner ustpregion21.sv.ecf@usdoj.gov  
          Matthew E. Mills    on behalf of U. S. Trustee  Office of the U. S. Trustee ustpregion21.sv.ecf@usdoj.gov  
          Office of the U. S. Trustee    Ustpregion21.sv.ecf@usdoj.gov  
          Scott J. Klosinski    on behalf of Attorney CHARLES W WILLS sjk@klosinski.com, jlund@klosinski.com;sjk@ecf.inforuptcy.com  
          Scott J. Klosinski    on behalf of Attorney Scott J. Klosinski sjk@klosinski.com, jlund@klosinski.com;sjk@ecf.inforuptcy.com  
          Stephen Ryan Starks    on behalf of Creditor   PHH MORTGAGE CORPORATION GASD.bankruptcy@phelanhallinan.com  
          Todd  Boudreaux    on behalf of Trustee Todd  Boudreaux, Trustee toddb@csra.law,  amyt@csra.law  
          Todd  Boudreaux, Trustee    on behalf of Trustee Todd  Boudreaux, Trustee toddb@csra.law, tboudreaux@ecf.epiqsystems.com;avas@csra.law  
          Todd  Boudreaux, Trustee    toddb@csra.law,  tboudreaux@ecf.epiqsystems.com;avas@csra.law  
                                                                                                                              TOTAL: 16

**IT IS ORDERED as set forth below:**



Date: November 17, 2016

_____
Susan D. Barrett
United States Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| BRADLEY E. DAVENPORT, | ) CHAPTER 7 |
|  | ) CASE NO. 14-11505-SDB |
| Debtor. | ) |

### ORDER ON MOTION TO PAY FUNDS INTO THE COURT REGISTRY

The Chapter 7 Trustee filed a motion to pay unclaimed funds totaling $5757.40 into the registry of the Court pursuant to 11 U.S.C. § 347. It is hearby

ORDERED that the Trustee's motion to pay unclaimed funds is GRANTED.

**[END OF DOCUMENT]**

Order prepared and presented by:

_/s/ Todd Boudreaux_____
TODD BOUDREAUX
CHAPTER 7 TRUSTEE
Georgia State Bar No. 070023
BOUDREAUX LAW FIRM
493 Fury's Ferry Road
Augusta, Georgia 30907